IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cr-04029-FJG-1 |
| | ) | |
| Kenneth Dewain Parker, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #8 filed on August 2, 2012), to which no objection has been filed, the plea of guilty to Counts 1 and 2 of the Indictment which was filed on November 29, 2010, in the U. S. District Court for the District of Oregon, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                                       */s/ Fernando J. Gaitan, Jr.*
                                                                       Fernando J. Gaitan, Jr.
                                                                       Chief United States District Judge

Dated: August 21, 2012
Kansas City, Missouri