IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | No.   2:12-cr-04029-FJG-1 |
| | ) | |
| Kenneth Dewain Parker, | ) | |
|         Defendant. | ) | |

## AMENDED ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Amended Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #10 filed on December 27, 2012), to which no objection has been filed, the plea of guilty to Counts 1, 2 and 3 of the Indictment which was filed on November 29, 2010, in the District of Oregon in Case No. 10-cr-0478-HA-1, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court. This Amended Acceptance of Plea of Guilty and Adjudication of Guilt amends this Court's Acceptance of Plea of Guilty and Adjudication of Guilt entered August 21, 2012. [9]

                                                             */s/ Fernando J. Gaitan, Jr.*
                                                             Fernando J. Gaitan, Jr.
                                                             Chief United States District Judge

Dated:   January 15, 2013
Kansas City, Missouri